# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

United States of America

v.

Asiel Christian Norton
*Defendant*

Case No. 21 MJ 784

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, __Asiel Christian Norton__, Defendant, understand that I am scheduled for a __preliminary/detention__ hearing on __June 10, 2021__.
  *nature of hearing*                                    *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 6/9/21

*Defendant's signature*

*Signature of defendant's attorney*

Angelica Hall, AFPD
*Printed name of defendant's attorney*

Angelica_Hall@fd.org
*Defendant's attorney's e-mail address*