AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Asiel Christian Norton | ) | Case No. 21 MJ 784 |
| | ) | |
| Defendant | ) | |

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 6/15/21

_Asiel Norton_
Defendant's signature

_Angelica Hall_
Signature of defendant's attorney

Angelica Hall, AFPD, 150871
Printed name and bar number of defendant's attorney

111 Lomas Blvd. NW #501
Albuquerque, NM 87102
Address of defendant's attorney

Angelica_Hall@fd.org
E-mail address of defendant's attorney

505-346-2489
Telephone number of defendant's attorney

505-346-2494
FAX number of defendant's attorney