# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | MJ 21-784 LF | UNITED STATES vs. NORTON | |
| Hearing Date: | 6/10/2021 | Time In and Out: | 10:17-10:54 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Hondo - Remote |
| Defendant: | Asiel Christian Norton | Defendant's Counsel: | Angelia M. Hall |
| AUSA: | Stephen A. White and Paul Mysliwiec | Pretrial/Probation: | Sandra Day |
| Interpreter: | N/A | Witness: | |

### Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

### Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary Hearing
- ☒ Court finds probable cause    ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives Detention Hearing
- ☒ Defense counsel requests release to Hoffman Hall instead of LPHH; Government requests detention; Defense counsel responds; USPTS states Hoffman Hall is a sober living facility; Government responds; Court and counsel continue discussion regarding release

### Custody Status

- ☐ Defendant
- ☒ Conditions of release imposed — Defendant released to Hoffman Hall on Friday, June 11, 2021; Defense counsel to coordinate transportation

### Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to ___ for Final Revocation Hearing
- ☐